IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

ANTON WELCH                                                                                          PLAINTIFF

v.                                        Civil No. 4:16-CV-04124-SOH-BAB

NEVADA COUNTY, ARKANSAS                                                                DEFENDANT

## ORDER

Plaintiff, Anton Welch, submitted this *pro se* action for filing on December 23, 2016. ECF No. 1. He was ordered (ECF No. 5) to complete an Addendum, and did so on January 17, 2017. ECF No. 6. Currently before the Court is the addition of Defendants to Plaintiff's case based on his Addendum.

In his complaint, Plaintiff named only Nevada County, Arkansas, as a Defendant. However, in the text of his complaint he mentioned several individuals. Plaintiff was asked to identify these individuals and state any claims against them specifically in an Addendum. Plaintiff identified Rowe Stayton (private defense attorney), Judge Randy White, Prosecutor Traci Graham, and Preston Glen (Nevada County Jail Supervisor).

Accordingly, the Clerk is DIRECTED to add these parties to the case as Defendants.

IT IS SO ORDERED this 5th day of May 2017.

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE