IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

ANTON WELCH                                                                  PLAINTIFF

V.                      CASE NO. 4:16-CV-04124

NEVADA COUNTY, ARKANSAS; ROWE
STAYTON; JUDGE RANDY WRIGHT;
PROSECUTOR TRACI GRAHAM; and
PRESTON GLEN                                        DEFENDANTS

## **ORDER**

Before the Court is the Report and Recommendation filed May 15, 2017, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 8. Judge Bryant recommends that Plaintiff's claims against Defendants Stayton, Wright, and Graham be dismissed with prejudice and that his claims against Defendants Nevada County, Arkansas, and Glen be dismissed without prejudice pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(i-iii) and 1915A(a). The parties have not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Accordingly, the Court adopts Judge Bryant's Report and Recommendation *in toto*. Plaintiff's claims against Defendants Stayton, Wright, and Graham are hereby **DISMISSED WITH PREJUDICE** and his claims against Defendants Nevada County, Arkansas, and Glen are hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 26th day of June, 2017.

                                                              /s/ Susan O. Hickey
                                                              Susan O. Hickey
                                                              United States District Judge